The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONATA BAYDOVSKIY,<br> a/k/a NETA BRENNER,<br>VLADISLAV BAYDOVSKIY, and<br>VICTOR KOBZAR<br><br>Defendants. | No. CR09-084-MJP<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

    A.    A 2004 Lamborghini Gallardo, Oregon license plate number DVLAD, vehicle identification number ZHWGU11M24LA01529, registered in the name of Vladislav A. Baydovskiy;

    B.    $10,000.00 United States funds in lieu of a 2007 BMW, model X5, Oregon license plate number 529DEC, vehicle identification number 5UXFE83547LZ37958, registered in the name of Vladislav A. Baydovskiy;

Final Order of Forfeiture - 1
*United States v. Baydovskiy, et al.,* CR09-084-MJP

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206)-553-7970

C.  A 2006 Bayliner 31.5 foot boat, hull number USDA79ELD606, Oregon registration number 601ADA, registered in the name of Vladislav A. Baydovskiy;

D.  $33,847.28, more or less, in United States funds seized from Bank of America, checking and savings account number ****0552, held in the name of Vladislav Baydovskiy and Lyudmila Baydovskaya;

E.  $91,216.34 in United States funds seized from Wachovia Securities account number ***0932, held in the name of Vladislav A. Baydovskiy;

F.  $8,557.51, more or less, in United States funds seized from Bank of America account number ****5756, held in the name of Vladislav A. Baydovskiy and Victor Kobzar;

G.  $254,450.92 out of $2,353,661.66 in United States funds seized from Morgan Stanley account number *****5439 held in the name of Vladislav A. Baydovskiy;

H.  $9,060.00 in United States currency, more or less, seized from 650 Bellevue Way NE, Bellevue, WA on March 26, 2009;

I.  $1,740.00 in United States currency, more or less, seized from Bank of America Safe Deposit Box No. 46, 650 10555 NE 8th Street, Bellevue, WA;

J.  A 2006 BMW, model 750, Oregon license plate number THEDR, vehicle identification number WBAHN835X6DT32035; and

K.  A 2002 BMW X5, Washington license plate 187XBF, vehicle identification number 5UXFB33552LH36092, registered to Viktor Kobzar.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On September 24, 2009, Defendant Donata Baydovskiy pled guilty to *False Statements,* in violation of 18 U.S.C. §§ 1001 and 2. Dkt. No. 179. In her Plea Agreement, the Defendant agreed to forfeit, pursuant to

Final Order of Forfeiture - 2
*United States v. Baydovskiy, et al.,* CR09-084-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206)-553-7970

18 U.S.C. § 981(a)(1)(C) and (D) by way of 28 U.S.C. § 2461(c), her interest in any property constituting or derived from proceeds traceable to a conspiracy engaged in by her spouse, Vladislav A. Baydovskiy, to commit bank fraud, wire fraud, and/or mail fraud, and any property representing or traceable to gross receipts obtained, directly or indirectly, from her *False Statements* violation (Dkt. No. 179, ¶ 13);

- On September 25, 2009, Defendant Vladislav Baydovskiy pled guilty to *Conspiracy to Commit Bank, Mail and Wire Fraud*, in violation of 18 U.S.C. § 371, among other violations. Dkt. No. 186. In his Plea Agreement, the Defendant agreed to forfeit his interest in any property constituting or derived from proceeds traceable to such conspiracy pursuant to 18 U.S.C. § 981(a)(1)(C) and (D) by way of 28 U.S.C. § 2461(c) (Dkt. No. 186, ¶ 13);

- On October 2, 2009, Defendant Viktor Kobzar pled guilty to *Conspiracy to Commit Bank, Mail and Wire Fraud*, in violation of 18 U.S.C. § 371, among other violations. Dkt. No. 192. In his Plea Agreement, the Defendant agreed to forfeit his interest in any property constituting or derived from proceeds traceable to such conspiracy pursuant to 18 U.S.C. § 981(a)(1)(C) and (D) by way of 28 U.S.C. § 2461(c) (Dkt. No. 192, ¶ 13);

- The Court entered Preliminary Orders of Forfeiture for Defendants Donata Baydovskiy, Vladislav Baydovskiy, and Viktor Kobzar, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A) and (a)(3) and forfeiting each Defendant's interest in the property (Dkt. Nos. 245, 246, 253, 397);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. Nos. 271, 273, 398), and also provided direct notice to three potential claimants, as required by Fed. R.

Final Order of Forfeiture - 3
*United States v. Baydovskiy, et al.,* CR09-084-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206)-553-7970

Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A–C);

- On April 16, 2010, Defendant and Third-Party Claimant Vladislav Baydovskiy filed a claim to the 2007 BMW identified in Paragraph B, above. Dkt. Nos. 246, 305. Pursuant to a Court-approved settlement agreement, Vladislav Baydovskiy remitted $10,000 to the United States on or about September 10, 2012 as a substitute asset for the 2007 BMW, which the United States released to Vladislav Baydovskiy on or about September 17, 2012 (Dkt. Nos. 370–372);

- $2,099,210.74 out of the $2,353,661.66 in U.S. funds identified in Paragraph G, above, were applied to satisfy the restitution in this case, leaving $254,450.92 available for forfeiture (Dkt. Nos. 363, 366, 368, 374, 377-383); and

- No additional third-party claims have been filed and the time for doing so has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 4
*United States v. Baydovskiy, et al.,* CR09-084-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206)-553-7970

3. The United States Department of the Treasury, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this   28th  day of  March                     , 2021.

*[signature]*
THE HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 5
*United States v. Baydovskiy, et al.,* CR09-084-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206)-553-7970